IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-13-00002 |
| v. | ) | |
| | ) | |
| JASON HUTCHERSON | ) | |

O R D E R

Upon the request of counsel for the government and the defendant, a hearing is scheduled on **Tuesday, March 12, 2013, at 3:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The parties have agreed that the defendant should be released to a 28 day in-patient drug treatment program.

The Marshal shall produce the defendant for the March 12, 2013, hearing and shall have him checked out from the Grayson County facility before appearing for the hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge