UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:13-00002
) Chief Judge Haynes
)
JASON HUTCHERSON )

## MOTION TO PLACE PLEA AGREEMENT UNDER SEAL

The defendant, Jason Hutcherson, through counsel, hereby requests this Court to place his plea agreement under seal.

Assistant U.S. Attorney, Braden Boucek, has no objection to this request.

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, I electronically filed the foregoing Motion to Place Plea Agreement Under Seal the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Braden Boucek, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN