UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) No. 3:13-00002 |
| | ) Chief Judge Haynes |
| JASON HUTCHERSON | ) |

MOTION TO ORDER REFERRAL TO UNITED STATES MAGISTRATE JUDGE
FOR HEARING TO ESTABLISH CONDITIONS OF RELEASE

Jason Hutcherson, through counsel, respectfully moves this Court to refer this matter to Magistrate Judge Griffin so that a hearing may be scheduled to determine the conditions of release.

Mr. Hutcherson will be released on October 25, 2013, from New Leaf Recovery Center in Cookeville, Tennessee, having completed the required 28 day in-patient treatment.

Assistant U.S. Attorney Braden Boucek has been contacted and has no objection to a hearing being held in this matter to determine the conditions of release.

For these reasons, it is respectfully requested that this matter be referred to Magistrate Judge Griffin so that a hearing can be scheduled to determine the conditions of release for Mr. Hutcherson. Both parties are available late morning or the afternoon of October 25, 2013, or at the Court's earliest availability after that date.

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

[Handwritten annotation: "The motion is GRANTED and the action is REFERRED to Judge Knowles to set conditions of release. /s/ [signature] 10-21-13"]