IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00002 |
| | ) | |
| JASON HUTCHERSON | ) | |

**O R D E R**

By Order entered October 21, 2013, Docket Entry No. 46, Chief Judge Haynes referred this case to the undersigned Magistrate Judge for a hearing on the defendant's motion to establish conditions of release. Defendant entered a guilty plea on September 23, 2013, to the four Count Indictment charging him with being a felon in possession of a firearm, and distribution and possession with intent to distribute heroin. The Court accepted the guilty plea on September 23, 2013. Sentencing is scheduled for December 13, 2013, at 3:00 p.m. before Judge Haynes.

By Order entered September 25, 2013, Docket Entry No. 44, Chief Judge Haynes granted the defendant's motion to allow him to be released from custody to enter the New Leaf Treatment Center in Cookeville, Tennessee. Defendant is scheduled to be released from the treatment program on October 25, 2013, and the defendant has moved to establish conditions of release pending sentencing.

It is hereby ORDERED that a hearing is scheduled for **2:00 p.m., Friday, October 25, 2013**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. If defendant fails to appear, a warrant may issue for his arrest.

It is further ORDERED that counsel for the defendant shall consult with the United States Attorney and the Probation Office and prepare a list of proposed conditions for consideration by the Court. The proposed conditions shall be submitted to the Court no later than 10:00 a.m. on Friday, October 25, 2013.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge